Peter Singh, Esq. (#183686)
PETER SINGH & ASSOICATES
The Historical Romain Building
2055 San Joaquin Street
Fresno, California 93721
Telephone (559) 256-9800
Facsimile (559) 256-9792

Attorney for: SARAI DURAN-GAMINO, Defendant

FILED
MAY 23 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.: 13-CR-00843-GT |
| Plaintiff, | [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| vs. | |
| SARAI DURAN-GAMINO, | Date: 06/17/2013 |
| Defendant | Time: 9:30 a.m. |
| | Honorable Gordon Thompson, Jr. Presiding |

IT IS SO ORDERED, the sentencing calendared for June 17, 2013 at 9:30 a.m. now be continued to **July 12, 2013 at 9:30 a.m.** and time is hereby excluded pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161(B)(ii)(iv).

Dated:
5-23-13

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

_____
Hon. Gordon Thompson, Jr.
District Court Judge

[PROPOSED] ORDER TO CONTINUE

1